UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-cv-02073-MSS-AEP

KATHY SORIANO,

    Plaintiff,

vs.

TMH CAPITAL MANAGEMENT, L.P.,

    Defendant.
_____/

NOTICE OF SETTLEMENT

Plaintiff, by and through the undersigned counsel, hereby submits this Notice of Settlement to advise the Court that a settlement has been reached by the Parties. A Stipulation for Settlement will hereafter be drafted and circulated to the parties for review, approval and execution. The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted,

By:    /s/Todd W. Shulby, Esq.
        Todd W. Shulby, Esq.
        Todd W. Shulby, P.A.
        1792 Bell Tower Lane
        Weston, Florida 33326
        Telephone: (954) 530-2236
        Facsimile: (954) 530-6628
        E-mail: tshulby@shulbylaw.com
        Florida Bar No.: 068365
        Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on <u>September 8, 2016</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

WE HEREBY CERTIFY that on <u>September 8, 2016</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: TMH Capital Management, L.P. c/o its registered agent: Ashton Vogler, PLLC, 2411-A Manatee Avenue W., Bradenton, FL 34205.

By:   <u>/s/Todd W. Shulby, Esq.</u>
        Todd W. Shulby, Esq.