UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-cv-02073-MSS-AEP

KATHY SORIANO,

    Plaintiff,

vs.

TMH CAPITAL MANAGEMENT, L.P.,

    Defendant.
_____/

<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, by and through undersigned counsel, and pursuant to Rule 41, Fed.R.Civ.P., hereby dismisses this action with prejudice.

Respectfully submitted,

By:   <u>/s/Todd W. Shulby, Esq.</u>
      Todd W. Shulby, Esq.
      Todd W. Shulby, P.A.
      1792 Bell Tower Lane
      Weston, Florida 33326
      Telephone: (954) 530-2236
      Facsimile: (954) 530-6628
      E-mail: tshulby@shulbylaw.com
      Florida Bar No.: 068365
      Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on <u>November 18, 2016</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

WE HEREBY CERTIFY that on <u>November 18, 2016</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: TMH Capital Management, L.P. c/o its registered agent: Ashton Vogler, PLLC, 2411-A Manatee Avenue W., Bradenton, FL 34205.; and Melissa G. Mince, Esq., Anderson Law Group, 10150 Highland Manor Drive, Suite 200, Tampa, Florida 33610, E-mail: mmince@floridalawpartners.com.

|  | By: | /s/Todd W. Shulby, Esq. |
|---|---|---|
|  |  | Todd W. Shulby, Esq. |