UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KATHY SORIANO,**

    Plaintiff,

v.                                                 Case No: 8:16-cv-2073-MSS-AEP

**TMH CAPITAL MANAGEMENT, L.P.,**

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 21) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** at Tampa, Florida this 18th day of November, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party